UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Ho,

      Plaintiff,

  v.

Gertrude Allen Family Limited
Partnership, a California Limited
Partnership;
Laurie Allen, in her individual and
representative capacity as trustee of
the Laurie Allen Family Protection
Trust U/T/A 11/2;
Jonathan Andres;
Rosemarie M. Andres; and Does 1-
10,

      Defendants.

Case: 3:13-CV-04505-JSC

**STIPULATION FOR
DISMISSAL PURSUANT TO
F.R.CIV.P. 41 (a) (1); & ORDER
THEREON**

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 9/17/14

      HONORABLE
      UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen

1